**CALLAHAN & BLAINE, APLC**
Daniel J. Callahan (Bar No. 91490)
daniel@callahan-law.com
David J. Darnell (Bar No. 210166)
ddarnell@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
(714) 241-4444
(714) 241-4445 Fax

Attorneys for Plaintiff JAMES SKORHEIM,
as Litigation Trustee for the FCH Litigation Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT N. FLANDERS, et al.,<br><br>Defendants. | CASE NO. SACV10-789 AG (MLGx)<br><br>Honorable Andrew J. Guilford<br>Courtroom 10D<br><br>**STIPULATION RE: PROTECTIVE ORDER ON CONSENT RE: SUBPOENA DIRECTED TO JPMORGAN CHASE BANK, N.A.** |

**WHEREAS**, non-party J.P. Morgan Chase Bank, N.A. ("JPMorgan") will be producing documents, data and information (including, but not limited to, electronically stored information) (collectively, "Information") to plaintiff James Skorheim, as Litigation Trustee for the FCH Litigation Trust, pursuant to a Subpoena served by plaintiff in connection with the above-captioned matter; and

**WHEREAS**, there is a possibility that certain Information subject to the attorney-client privilege and/or the work-product protection may be produced inadvertently; and

**WHEREAS**, to facilitate the production and receipt of Information pursuant to the Subpoena, the parties and JPMorgan consent, through their respective counsel, to the entry of the following Protective Order to govern production and receipt of Information pursuant to the Subpoena.

**THEREFORE, THE PARTIES HERETO HEREBY STIPULATE** that:

1. Discovery pursuant to the Subpoena shall be governed by all of the provisions of the Protective Order Re: Confidential Information filed September 21, 2010 (Docket No. 44) ("9/21/10 Order"), with the addition of paragraph 20-A:

> "20-A. The protections of paragraph 20 are to be extended to apply to all inadvertently disclosed Privileged Information, as well as other Privileged Information involving similar subject matter."

Dated: February 8, 2011

Respectfully stipulated to and submitted by,

**CALLAHAN & BLAINE, APLC**

By: /s/ Daniel J. Callahan
    Daniel J. Callahan
    David J. Darnell
Attorneys for Plaintiff JAMES SKORHEIM, as
Litigation Trustee of the FCH Litigation Trust

```
 1  Dated: February 7, 2011           MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                      AND POPEO, PC
 2
 3                                    By: /s/ Nada Shamonki
 4                                        Francis J. Earley
                                          Harvey I. Saferstein
 5                                        Nada I. Shamonki
                                      Attorneys for Defendants SCOTT N.
 6                                    FLANDERS, THOMAS W. BASSETT,
                                      WILLIAM F. BAKER, RAYMOND C.H.
 7                                    BRYAN, ROBIN J. HARDIE, BURL
                                      OSBORNE, DAVID M. TOLLEY, MICHAEL J.
 8                                    DOMINGUEZ, MARK J. MASIELLO, DAVID
                                      D. THRESHIE, MARK T. GALLOGLY, JILL A.
 9                                    GREENTHAL, JAMES J. SPANFELLER, CHRIS
                                      PHILIBBOSIAN and GREGORY J. WALLACE
10
11
12  Dated: February 4, 2011           CRAVATH, SWAINE & MOORE, LLP
13
14                                    By: /s/ Gary A. Bornstein
                                          Gary A. Bornstein
15                                    Attorneys for JP Morgan Chase Bank, N.A.
```

G:\Clients\2313\2313-04\Pld\Stipulation re Protective Order re JP Morgan Subpoena-020411.wpd

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this Court at whose direction service was made. My business address is Callahan & Blaine, APLC, 3 Hutton Centre, Ninth Floor, Santa Ana, California 92707.

On February 8, 2011, I served the foregoing document described as:

**STIPULATION RE: PROTECTIVE ORDER ON CONSENT RE: SUBPOENA DIRECTED TO JPMORGAN CHASE BANK, N.A.**

[X]  **BY ELECTRONIC MAIL:** I electronically filed such document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as listed below.

Harvey I. Saferstein, Esq.
Nada I. Shamonki, Esq.
**MINTZ, LEVIN, COHN, FERRIS, CLOVSKY AND POPEL, P.C.**
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Tel: (310) 586-3200
Fax: (310) 586-3202
hsafarstein@mintz.com
nshamonki@mintz.com
*Attorney for Defendants*

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on February 8, 2011 at Santa Ana, California.

_____
Monique Kingsbury