1 | **CALLAHAN & BLAINE, APLC**
Daniel J. Callahan (Bar No. 91490)
2 | daniel@callahan-law.com
David J. Darnell (Bar No. 210166)
3 | ddarnell@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
4 | Santa Ana, California 92707
(714) 241-4444
5 | (714) 241-4445 Fax

6 | Attorneys for Plaintiff JAMES SKORHEIM,
as Litigation Trustee for the FCH Litigation Trust

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | SANTA ANA DIVISION

12 | JAMES SKORHEIM, as Litigation   )   CASE NO. SACV10-789 AG (MLGx)
Trustee for the FCH Litigation Trust,   )
13 |                                  )   Honorable Andrew J. Guilford
            Plaintiff,                )   Courtroom 10D
14 |                                  )
       vs.                            )
15 |                                  )   **[PROPOSED] PROTECTIVE ORDER
SCOTT N. FLANDERS, et al.,            )   ON CONSENT RE:  SUBPOENA
16 |                                  )   DIRECTED TO JPMORGAN CHASE
            Defendants.               )   BANK, N.A.**
17 | _____  )

[PROPOSED} PROTECTIVE ORDER

1  **WHEREAS**, non-party J.P. Morgan Chase Bank, N.A. ("JPMorgan") will be
2  producing documents, data and information (including, but not limited to, electronically
3  stored information) (collectively, "Information") to plaintiff James Skorheim, as
4  Litigation Trustee for the FCH Litigation Trust, pursuant to a Subpoena served by
5  plaintiff in connection with the above-captioned matter; and

6  **WHEREAS**, there is a possibility that certain Information subject to the
7  attorney-client privilege and/or the work-product protection may be produced
8  inadvertently; and

9  **WHEREAS**, to facilitate the production and receipt of Information pursuant to
10 the Subpoena, the parties and JPMorgan consent, through their respective counsel, to
11 the entry of the following Protective Order to govern production and receipt of
12 Information pursuant to the Subpoena. The Court has been fully advised and has found
13 good cause for entry of this Order.

14 **THEREFORE, IT IS HEREBY ORDERED** that:

15    1.   Discovery pursuant to the Subpoena shall be governed by all of the
16 provisions of the Protective Order Re: Confidential Information filed September 21,
17 2010 (Docket No. 44) ("9/21/10 Order"), with the addition of paragraph 20-A:

18       "20-A. The protections of paragraph 20 are to be
19       extended to apply to all inadvertently disclosed
20       Privileged Information, as well as other Privileged
21       Information involving similar subject matter."

22 **IT IS SO ORDERED.**

24 Dated: February ___, 2011

MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

28 G:\Clients\2313\2313-04\Pld\[Proposed] Protective Order re JP Morgan Subpoena-020411.wpd

1                                                                    [PROPOSED] PROTECTIVE ORDER

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this Court at whose direction service was made. My business address is Callahan & Blaine, APLC, 3 Hutton Centre, Ninth Floor, Santa Ana, California 92707.

On February 8, 2011, I served the foregoing document described as:

**[PROPOSED] PROTECTIVE ORDER ON CONSENT RE: SUBPOENA DIRECTED TO JPMORGAN CHASE BANK, N.A.**

[X]   **BY ELECTRONIC MAIL:** I electronically filed such document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as listed below.

Harvey I. Saferstein, Esq.
Nada I. Shamonki, Esq.
**MINTZ, LEVIN, COHN, FERRIS, CLOVSKY AND POPEL, P.C.**
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Tel: (310) 586-3200
Fax: (310) 586-3202
hsafarstein@mintz.com
nshamonki@mintz.com
*Attorney for Defendants*

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on February 8, 2011 at Santa Ana, California.

_____
Monique Kingsbury