**CALLAHAN & BLAINE, APLC**
Daniel J. Callahan (Bar No. 91490)
daniel@callahan-law.com
David J. Darnell (Bar No. 210166)
ddarnell@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
(714) 241-4444
(714) 241-4445 Fax

Attorneys for Plaintiff JAMES SKORHEIM,
as Litigation Trustee for the FCH Litigation Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT N. FLANDERS, et al.,<br><br>Defendants. | CASE NO. SACV10-789 AG (MLGx)<br><br>Honorable Andrew J. Guilford<br>Courtroom 10D<br><br>**[PROPOSED] PROTECTIVE ORDER ON CONSENT RE: SUBPOENA DIRECTED TO JPMORGAN CHASE BANK, N.A.** |

1  **WHEREAS**, non-party J.P. Morgan Chase Bank, N.A. ("JPMorgan") will be
2  producing documents, data and information (including, but not limited to, electronically
3  stored information) (collectively, "Information") to plaintiff James Skorheim, as
4  Litigation Trustee for the FCH Litigation Trust, pursuant to a Subpoena served by
5  plaintiff in connection with the above-captioned matter; and

6  **WHEREAS**, there is a possibility that certain Information subject to the
7  attorney-client privilege and/or the work-product protection may be produced
8  inadvertently; and

9  **WHEREAS**, to facilitate the production and receipt of Information pursuant to
10 the Subpoena, the parties and JPMorgan consent, through their respective counsel, to the
11 entry of the following Protective Order to govern production and receipt of Information
12 pursuant to the Subpoena.  The Court has been fully advised and has found good cause
13 for entry of this Order.

14 **THEREFORE, IT IS HEREBY ORDERED** that:

15 1.   Discovery pursuant to the Subpoena shall be governed by all of the
16 provisions of the Protective Order Re: Confidential Information filed September 21,
17 2010 (Docket No. 44) ("9/21/10 Order"), with the addition of paragraph 20-A:

18 "20-A. The protections of paragraph 20 are to be
19 extended to apply to all inadvertently disclosed
20 Privileged Information, as well as other Privileged
21 Information involving similar subject matter."

22 **IT IS SO ORDERED.**

23

24 Dated: February 8, 2011          _____
25                                   MARC L. GOLDMAN
                                    UNITED STATES MAGISTRATE JUDGE
26
27
28 C:\Temp\notesC7A056\[Proposed] Protective Order re JP Morgan Subpoena-020411.wpd

1                                                          {PROPOSED} PROTECTIVE ORDER