MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Robert I. Bodian (*Admitted Pro Hac Vice*)
Francis J. Earley (*Admitted Pro Hac Vice*)
Narges M. Kakalia (*Admitted Pro Hac Vice*)
666 Third Avenue
New York, NY 10017
Phone: 212-935-3000
Fax: 212-983-3115
rbodian@mintz.com; fearley@mintz.com; nkakalia@mintz.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT N. FLANDERS, an individual; THOMAS W. BASSETT, an individual; WILLIAM F. BAKER, an individual; RAYMOND C.H. BRYAN, an individual; ROBIN J. HARDIE, an individual; BURL OSBORNE, an individual; DAVID M. TOLLEY, an individual; MICHAEL J. DOMINGUEZ, an individual; MARK J. MASIELLO, an individual; DAVID D. THRESHIE, an individual; MARK T. GALLOGLY, an individual; JILL A. GREENTHAL, an individual; JAMES J. SPANFELLER, an individual; CHRIS PHILIBBOSIAN, an individual; GREGORY J. WALLACE, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. SACV10-789 AG (MLGx)<br><br>Honorable Andrew J. Guilford<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** |

WHEREAS, Plaintiff JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust and Defendants SCOTT N. FLANDERS, THOMAS W. BASSETT, WILLIAM F. BAKER, RAYMOND C.H. BRYAN, ROBIN J. HARDIE, BURL OSBORNE, DAVID M. TOLLEY, MICHAEL J. DOMINGUEZ, MARK J. MASIELLO, DAVID D. THRESHIE, MARK T. GALLOGLY, JILL A. GREENTHAL, JAMES J. SPANFELLER, CHRIS PHILIBBOSIAN, and GREGORY J. WALLACE (collectively, the "Parties") have agreed to the following extension of Defendants time to answer Plaintiff's First Amended Complaint, subject to the Court's approval;

WHEREFOR, IT IS HEREBY STIPULATED by and between the Parties to this action, through their respective counsel of record, as follows:

1. Defendants will answer or otherwise move to dismiss Plaintiff's First Amended Complaint on Wednesday, April 6, 2011.

Dated: March 18, 2011                    CALLAHAN & BLAINE, APLC

_____
Daniel J. Callahan
Brian J. McCormack
David J. Darnell

Attorneys for Plaintiff JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust

| | |
|---|---|
| Dated: March 18, 2011 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC<br><br>*/s/ Harvey I. Saferstein*<br>Harvey I. Saferstein<br>Nada I. Shamonki<br><br>Attorneys for Defendants SCOTT N. FLANDERS, THOMAS W. BASSETT, WILLIAM F. BAKER, RAYMOND C.H. BRYAN, ROBIN J. HARDIE, BURL OSBORNE, DAVID M. TOLLEY, MICHAEL J. DOMINGUEZ, MARK J. MASIELLO, DAVID D. THRESHIE, MARK T. GALLOGLY, JILL A. GREENTHAL, JAMES J. SPANFELLER, CHRIS PHILIBBOSIAN, and GREGORY J. WALLACE |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on March 22, 2011, I electronically filed the **STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF registered parties:

| | |
|---|---|
| Daniel J. Callahan<br>Brian J. McCormack<br>David J. Darnell<br>Evan W. Granowitz<br>CALLAHAN & BLAINE, APLC<br>3 Hutton Centre Drive, Ninth Floor<br>Santa Ana, CA 92707 | [Attorneys for Plaintiff JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust]<br><br>(714) 241-4444 Telephone<br>(714) 241-4445 Facsimile<br>Email: daniel@callahan-law.com<br>Email: bmccormack@callahan-law.com<br>Email: ddarnell@callahan-law.com<br>Email: egranowitz@callahan-law.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 22, 2011, at Los Angeles, California.

*Diane Endo*
DIANE ENDO

5348455v.1

1