MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone:  310.586.3200
Fax:  310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Robert I. Bodian (*Admitted Pro Hac Vice*)
Francis J. Earley (*Admitted Pro Hac Vice*)
Narges M. Kakalia (*Admitted Pro Hac Vice*)
666 Third Avenue
New York, NY 10017
Phone:  212-935-3000
Fax:  212-983-3115
rbodian@mintz.com; fearley@mintz.com; nkakalia@mintz.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT N. FLANDERS, an individual; THOMAS W. BASSETT, an individual; WILLIAM F. BAKER, an individual; RAYMOND C.H. BRYAN, an individual; ROBIN J. HARDIE, an individual; BURL OSBORNE, an individual; DAVID M. TOLLEY, an individual; MICHAEL J. DOMINGUEZ, an individual; MARK J. MASIELLO, an individual; DAVID D. THRESHIE, an individual; MARK T. GALLOGLY, an individual; JILL A. GREENTHAL, an individual; JAMES J. SPANFELLER, an individual; CHRIS PHILIBBOSIAN, an individual; GREGORY J. WALLACE, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  SACV10-789 AG (MLGx)<br><br>Honorable Andrew J. Guilford<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** |

1 | This Court, having reviewed the stipulation of the Parties, and good cause shown thereon, now enters the stipulated order as follows:

1. Defendants will answer or otherwise move to dismiss Plaintiff's First Amended Complaint on Wednesday, April 6, 2011.

**IT IS SO ORDERED.**

Dated: _____

                                      Honorable Andrew J. Guilford

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on March 22, 2011, I electronically filed the **[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF registered parties:

| | |
|---|---|
| Daniel J. Callahan<br>Brian J. McCormack<br>David J. Darnell<br>Evan W. Granowitz<br>CALLAHAN & BLAINE, APLC<br>3 Hutton Centre Drive, Ninth Floor<br>Santa Ana, CA 92707 | [Attorneys for Plaintiff JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust]<br><br>(714) 241-4444 Telephone<br>(714) 241-4445 Facsimile<br>Email: daniel@callahan-law.com<br>Email: bmccormack@callahan-law.com<br>Email: ddarnell@callahan-law.com<br>Email: egranowitz@callahan-law.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 22, 2011, at Los Angeles, California.

*/s/ Diane Endo*
DIANE ENDO

5348455v.1

1