MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone:  310.586.3200
Fax:  310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Robert I. Bodian (*Admitted Pro Hac Vice*)
Francis J. Earley (*Admitted Pro Hac Vice*)
Narges M. Kakalia (*Admitted Pro Hac Vice*)
666 Third Avenue
New York, NY 10017
Phone:  212-935-3000
Fax:  212-983-3115
rbodian@mintz.com; fearley@mintz.com; nkakalia@mintz.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust,<br><br>Plaintiff,<br>vs.<br><br>SCOTT N. FLANDERS, an individual; THOMAS W. BASSETT, an individual; WILLIAM F. BAKER, an individual; RAYMOND C.H. BRYAN, an individual; ROBIN J. HARDIE, an individual; BURL OSBORNE, an individual; DAVID M. TOLLEY, an individual; MICHAEL J. DOMINGUEZ, an individual; MARK J. MASIELLO, an individual; DAVID D. THRESHIE, an individual; MARK T. GALLOGLY, an individual; JILL A. GREENTHAL, an individual; JAMES J. SPANFELLER, an individual; CHRIS PHILIBBOSIAN, an individual; GREGORY J. WALLACE, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  SACV10-789 AG (MLGx)<br><br>Honorable Andrew J. Guilford<br><br>**ORDER EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** |

1  This Court, having reviewed the stipulation of the Parties, and good cause
2  shown thereon, now enters the stipulated order as follows:
3    1.  Defendants will answer or otherwise move to dismiss Plaintiff's First
4  Amended Complaint on Wednesday, April 6, 2011.
5  **IT IS SO ORDERED.**
6
7  Dated:  March 23, 2011_____
8                                                            Honorable Andrew J. Guilford