MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Robert I. Bodian (*Admitted Pro Hac Vice*)
Francis J. Earley (*Admitted Pro Hac Vice*)
Narges M. Kakalia (*Admitted Pro Hac Vice*)
666 Third Avenue
New York, NY 10017
Phone: 212-935-3000
Fax: 212-983-3115
rbodian@mintz.com; fearley@mintz.com; nkakalia@mintz.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust, <br><br> Plaintiff, <br> vs. <br><br> SCOTT N. FLANDERS, an individual; THOMAS W. BASSETT, an individual; WILLIAM F. BAKER, an individual; RAYMOND C.H. BRYAN, an individual; ROBIN J. HARDIE, an individual; BURL OSBORNE, an individual; DAVID M. TOLLEY, an individual; MICHAEL J. DOMINGUEZ, an individual; MARK J. MASIELLO, an individual; DAVID D. THRESHIE, an individual; MARK T. GALLOGLY, an individual; JILL A. GREENTHAL, an individual; JAMES J. SPANFELLER, an individual; CHRIS PHILIBBOSIAN, an individual; GREGORY J. WALLACE, an individual; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. SACV10-789 AG (MLGx) <br><br> **STIPULATION TO CONTINUE TRIAL DATE AND RELATED CASE DEADLINES** <br><br><br><br> Honorable Andrew J. Guilford <br> Courtroom:   10D |

1  WHEREAS, Plaintiff James Skorheim, as Litigation Trustee for the FCH
2  Litigation Trust (hereinafter, "Plaintiff") and Defendants Scott N. Flanders, Thomas
3  W. Bassett, William F. Baker, Raymond C.H. Bryan, Robin J. Hardie, Burl Osborne,
4  David M. Tolley, Michael J. Dominguez, Mark J. Masiello, David D. Threshie, Mark
5  T. Gallogly, Jill A. Greenthal, James J. Spanfeller, Chris Philibbosian, and Gregory J.
6  Wallace (hereinafter, "Defendants") (collectively, the "Parties") have agreed, subject
7  to Court approval, to continue the trial date, the Final Pretrial Conference, Discovery
8  Cutoff, the settlement conferences, and related case deadlines by approximately
9  ninety (90) days in this action;

10  WHEREAS, good cause for the continuance of the trial date and all related
11  dates exists because the volume of the documents produced (over 5.5 million pages)
12  in this case was well beyond what the Parties anticipated and the Parties/Defendants
13  require additional time to review the document production;

14  WHEREAS, despite the Parties' best efforts, investigation and discovery has
15  been slow and time-consuming;

16  WHEREAS, because of the complexity of the case issues, the Parties would
17  like to locate and depose certain persons (approximately 30) who are fact witness and
18  are located across the country, and said depositions will take approximately 4-5
19  months to complete;

20  WHEREAS, the Court schedule a trial date of February 21, 2012;
21  WHEREAS, the Court scheduled a Final Pretrial Conference for
22  February 6, 2012;
23  WHEREAS, the last day to hold the initial settlement conference was February
24  28, 2011;
25  WHEREAS, the last day to hold the second settlement conference is December
26  2, 2011;
27  WHEREAS, the Discovery Cutoff is November 21, 2011;
28

1  WHEREAS, in order to prepare for the trial and pretrial dates, the Parties and the Court will have to expend significant resources and time; thus, the Parties seek a continuance of ninety (90) days of the current case deadlines, including the trial date, the Final Pretrial Conference, Discovery Cutoff, the settlement conferences, and all case related deadlines;

WHEREAS, the Parties agree that a stipulation extending the trial date, the Final Pretrial Conference, Discovery Cutoff, the settlement conferences, and all case related deadlines would preserve the resources of the Parties and the Court and promote judicial efficiency;

WHEREAS, the Parties respectfully request that the Court continue the trial date, the Final Pretrial Conference, Discovery Cutoff, the settlement conferences, and all case related deadlines;

WHEREAS, the present continuance is not sought for any improper purpose;

WHEREAS, there have been no previous time modification by stipulation in the case; and

WHEREAS, the Parties agree that a stipulation continuing the trial date, the Final Pretrial Conference, Discovery Cutoff, the settlement conferences, and all case related deadlines for approximately ninety (90) days will allow the Parties to complete their preparation for trial and otherwise efficiently pursue settlement efforts and the claims in this litigation.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES, through their respective undersigned counsel of record, that the trial date and related case deadlines be continued and set as follows:

1.  The trial date, currently February 21, 2012 at 9:00 a.m., shall be continued by approximately ninety (90) days to a date on or after May 15, 2012, or to a date convenient to the Court.

2.	The Final Pre-Trial Conference, currently February 6, 2012 at 8:30 a.m. in Department 14, shall be continued by approximately ninety (90) days to a date on or after April 30, 2012, or to a date convenient to the Court.

3.	The last day to hold a second settlement conference shall be on or before December 2, 2011, or to a date convenient to the Court.

4.	The last day to hold the final settlement conference, currently scheduled for December 2, 2011, shall be continued by approximately ninety (90) days to a date on or before February 14, 2012, or to a date convenient to the Court.

5.	The Discovery Cutoff, currently on November 21, 2011, shall be continued by approximately ninety (90) days to a date on or after February 14, 2012, or to a date convenient to the Court.

6.	All related case deadlines tied to the trial date shall also be continued based on the new trial date.

**IT IS SO STIPULATED.**

Dated: July 8, 2011						CALLAHAN & BLAINE, APLC

								_____
								Daniel J. Callahan
								Brian J. McCormack
								David J. Darnell

								Attorneys for Plaintiff James Skorheim, as Litigation Trustee for the FCH Litigation Trust

| | | |
|---|---|---|
| Dated: July 8, 2011 | | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC |

*/s/ Harvey I. Saferstein*
Harvey I. Saferstein
Nada I. Shamonki

Attorneys for Defendants Scott N. Flanders, Thomas W. Bassett, William F. Baker, Raymond C.H. Bryan, Robin J. Hardie, Burl Osborne, David M. Tolley, Michael J. Dominguez, Mark J. Masiello, David D. Threshie, Mark T. Gallogly, Jill A. Greenthal, James J. Spanfeller, Chris Philibbosian, And Gregory J. Wallace

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on July 11, 2011, I electronically filed the **STIPULATION TO CONTINUE TRIAL DATE AND RELATED CASE DEADLINES** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF registered parties:

| | |
|---|---|
| Daniel J. Callahan<br>Brian J. McCormack<br>David J. Darnell<br>Evan W. Granowitz<br>CALLAHAN & BLAINE, APLC<br>3 Hutton Centre Drive, Ninth Floor<br>Santa Ana, CA 92707 | [Attorneys for Plaintiff<br>JAMES SKORHEIM, as Litigation<br>Trustee for the FCH Litigation Trust]<br><br>(714) 241-4444 Telephone<br>(714) 241-4445 Facsimile<br>Email: daniel@callahan-law.com<br>Email: bmccormack@callahan-law.com<br>Email: ddarnell@callahan-law.com<br>Email: egranowitz@callahan-law.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2011, at Los Angeles, California.

*Jazmin Leon*
JAZMIN LEON

5446377v.3

1