MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO P.C.
Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax:    310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com

MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO P.C.
Robert I. Bodian (Admitted *Pro Hac Vice*)
Francis J. Earley (Admitted *Pro Hac Vice*)
Narges M. Kakalia (Admitted *Pro Hac Vice*)
666 Third Avenue
New York, NY 10017
Phone:  212-935-3000
Fax:  212-983-3115
rbodian@mintz.com; fearley@mintz.com; nkakalia@mintz.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust,<br><br>                              Plaintiff,<br><br>        vs.<br><br>SCOTT N. FLANDERS, an individual; THOMAS W. BASSETT, an individual; WILLIAM F. BAKER, an individual; RAYMOND C.H. BRYAN, an individual; ROBIN J. HARDIE, an individual; BURL OSBORNE, an individual; DAVID M. TOLLEY, an individual; MICHAEL J. DOMINGUEZ, an individual; MARK J. MASIELLO, an individual; DAVID D. THRESHIE, an individual; MARK T. GALLOGLY, an individual; JILL A. GREENTHAL, an individual; JAMES J. SPANFELLER, an individual; CHRIS PHILIBBOSIAN, an individual; GREGORY J. WALLACE, an individual; and DOES 1 through 25, inclusive,<br>                              Defendants. | Case No.  SACV10-789 AG (MLGx)<br><br>Honorable  Andrew  J.  Guilford<br>Courtroom 10D<br><br>**DECLARATION OF NARGES M. KAKALIA IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND CASE DEADLINES** |

1

I, Narges M. Kakalia, declare as follows:

1.      I am an attorney licensed to practice law in the State of New York and admitted *pro hac vice* before this Court in this action.  I am an associate of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin"), counsel for Defendants Scott N. Flanders, Thomas W. Bassett, William F. Baker, Raymond C.H. Bryan, Robin J. Hardie, Burl Osborne, David M. Tolley, Michael J. Dominguez, Mark J. Masiello, David D. Threshie, Mark T. Gallogly, Jill A. Greenthal, James J. Spanfeller, Chris Philibbosian, and Gregory J. Wallace (the "Directors" or "Defendants").  I submit this declaration in support of Defendants' *Ex Parte* Application to Extend the Case Deadlines ("Application").

2.      I am over the age of 18.  Except for those matters set forth on information and belief, I make this declaration of my own knowledge.  I could and would competently testify as to the matters set forth below if called upon to do so.  As for the matters set forth on information and belief, I have been informed that they are true and, based upon such information, I believe them to be true.

3.      As soon as we determined that meeting the current case deadlines would be extremely difficult, and most likely impossible, I contacted Plaintiff's counsel, David Darnell, at Frank Earley's request.  On Tuesday, December 13, 2011, I spoke with Mr. Darnell and requested that Plaintiff stipulate to a short extension of time for all current case deadlines.  Mr. Darnell was amenable to adjourning the expert discovery deadlines and possibly certain dates relating to the Rule 16 disclosures, but refused to stipulate to an adjournment of the fact discovery deadline, the trial date or any other corresponding deadlines.

4.      I reviewed the existing schedule after my December 13th call with Mr. Darnell and came to the conclusion that it was not feasible to continue the expert disclosure dates while keeping the other dates the same.  I then drafted a stipulation continuing all dates by approximately 45 days.

5.      The next day, I sent the draft stipulation to Mr. Darnell with a note

1    explaining why I did not believe his plan was feasible.  Attached hereto as Exhibit B

2    is a true and correct copy of my email and the draft stipulation I sent to Mr. Darnell on

3    December 14, 2011.

4           6.      The following day, on Thursday, December 15, 2011, Mr.  Darnell

5    responded via email and reiterated his position.  Attached hereto as Exhibit C is a true

6    and correct copy of Mr. Darnell's December 15, 2011 email.

7           7.      That same day Mr. Darnell, my colleague Nada Shamonki, and I spoke

8    telephonically in a further attempt to reach an agreement regarding the case schedule.

9    During our call, Mr. Darnell stated that he could see no reason why we would not

10   meet the current schedule, and refused to change it.  At this time, we informed

11   Mr. Darnell that we would seek *ex-parte* relief if the parties could not come to an

12   agreement to continue all the dates.

13          8.      In a further attempt to reach an agreement regarding the case deadlines

14   and avoid the need to file Defendants' Application, on Monday, December 19, 2011, I

15   sent Mr. Darnell a copy of Mr. Earley's declaration in support of Defendants'

16   Application.  I asked Mr. Darnell to review the declaration and inform my colleagues

17   and me by 5:30 p.m. PST whether the additional information convinced Plaintiff to

18   agree to Defendants' request to extend the case deadlines.  Attached hereto as Exhibit

19   D is a true and correct copy of my December 19, 2011 email to Mr. Darnell.

20          9.      I also informed Mr. Darnell that if Plaintiff refused to agree to

21   Defendants' request, Defendants would be filing their Application that evening and

22   any opposition would be due on or before noon on Tuesday, December 20, 2011.

23          10.     Mr. Darnell emailed me back the same day to tell me that Plaintiff's

24   position regarding the trial and pre-trial dates had not changed, except that he was still

25   amenable to continuing the expert disclosure deadlines.  Attached hereto as Exhibit E

26   is a true and correct copy of Mr. Darnell's email to me on December 19, 2011.

27          11.     As soon as I had heard back from Mr. Darnell, I made arrangements to

28   file the Application.

1        12.    There was one previous extension of time in this case, which was granted

2    by the Court pursuant to the parties' Stipulation. *See* Docket Nos. 71 and 72.

3        13.    The current extension of the case deadlines is not sought for any

4    improper purpose.

5

6

7    I declare under penalty of perjury that the foregoing is true and correct.

     Executed on December 19, 2011, in New York, New York.

8

9

10                     Narges M. Kakalia

11

12   5878258v.3

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT B

# Shamonki, Nada

| | |
|---|---|
| From: | Kakalia, Narges |
| Sent: | Wednesday, December 14, 2011 6:15 PM |
| To: | 'David Darnell' |
| Cc: | Shamonki, Nada; Earley, Frank |
| Subject: | RE: Skorheim v. Flanders, et al. |
| Attachments: | stipulation to continue trail and related dates.docx |

David:

Attached is a draft stipulation, which incorporates the good cause language we discussed.  As you will see, I extended all current dates out by approx. 45 days except the mediation date (which I do not think needs to be changed).  I do not think it is feasible to extend the discovery dates without also extending all the remaining dates, including the ultimate trial date; I do not think your proposal of leaving only a week between the completion of expert depositions and the Rule 16 conference is realistic.

Please send me your comments in redline, and of course feel free to call me at any time to discuss.

- Narges.


Narges Kakalia | Attorney
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue | New York, NY 10017
Direct: (212) 692-6215 | Fax: (212) 983-3115
E-mail: NMKakalia@mintz.com
Web: www.mintz.com

MINTZ LEVIN
Mintz Levin Cohn Ferris Glovsky and Popeo P.C.


**From:** David Darnell [mailto:ddarnell@callahan-law.com]
**Sent:** Tuesday, December 13, 2011 3:07 PM
**To:** Kakalia, Narges
**Subject:** FW: Skorheim v. Flanders, et al.

Narges,

Attached is a draft of the version of our prior stipulation.

As we discussed, our new stipulation should identify the depositions that are currently scheduled in January and February; and state that the parties believe the completion of these depositions before expert disclosures will allow for more efficient expert disclosures.  In addition, it should identify the Feb. 14 deadline for our final settlement conference/mediation, and indicate that we intend to go back before Judge Phillips accordingly.

I suggest that we keep the fact discovery cut-off at February 14, move initial expert disclosures/reports to February 17 and supplemental disclosures/reports to March 9, and set an expert discovery cut-off for March 23. I think we should also consider pushing the last day to meet and comply with LR 16 as March 30 (which is 30 days before the Final Pre-trail Conf).

Let me know what you think.

David J. Darnell, Esq.
CALLAHAN & BLAINE, APLC

1

**Exhibit B**

1  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
   Harvey I. Saferstein (SBN: 49750)
2  Nada I. Shamonki (SBN: 205359)
   2029 Century Park East, Suite 1370
3  Los Angeles, California 90067
   Phone:  310.586.3200
4  Fax:  310.586.3202
   hsaferstein@mintz.com; nshamonki@mintz.com
5
   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
6  Robert I. Bodian (*Admitted Pro Hac Vice*)
   Francis J. Earley (*Admitted Pro Hac Vice*)
7  Narges M. Kakalia (*Admitted Pro Hac Vice*)
   666 Third Avenue
8  New York, NY 10017
   Phone:  212-935-3000
9  Fax:  212-983-3115
   rbodian@mintz.com; fearley@mintz.com; nkakalia@mintz.com
10
   Attorneys for Defendants
11

12              UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14                 SANTA ANA DIVISION

15

16  JAMES SKORHEIM, as Litigation            Case No.  SACV10-789 AG (MLGx)
    Trustee for the FCH Litigation Trust,

17                        Plaintiff,          **STIPULATION TO CONTINUE
                                             TRIAL DATE AND RELATED CASE**
18         vs.                                **DEADLINES**

19  SCOTT N. FLANDERS, an individual;
    THOMAS W. BASSETT, an
20  individual; WILLIAM F. BAKER, an
    individual; RAYMOND C.H. BRYAN,
21  an individual; ROBIN J. HARDIE, an
    individual; BURL OSBORNE, an
22  individual; DAVID M. TOLLEY, an
    individual; MICHAEL J.
23  DOMINGUEZ, an individual; MARK
    J. MASIELLO, an individual; DAVID
24  D. THRESHIE, an individual; MARK
    T. GALLOGLY, an individual; JILL A.
25  GREENTHAL, an individual; JAMES
    J. SPANFELLER, an individual;
26  CHRIS PHILIBBOSIAN, an individual;     Honorable Andrew J. Guilford
    GREGORY J. WALLACE, an                 Courtroom:        10D
27  individual; and DOES 1 through 25,
    inclusive,
28                        Defendants.

6

**Exhibit B**

1    WHEREAS, Plaintiff James Skorheim, as Litigation Trustee for the FCH

2  Litigation Trust (hereinafter, "Plaintiff") and Defendants Scott N. Flanders, Thomas

3  W. Bassett, William F. Baker, Raymond C.H. Bryan, Robin J. Hardie, Burl Osborne,

4  David M. Tolley, Michael J. Dominguez, Mark J. Masiello, David D. Threshie, Mark

5  T. Gallogly, Jill A. Greenthal, James J. Spanfeller, Chris Philibbosian, and Gregory J.

6  Wallace (hereinafter, "Defendants") (collectively, the "Parties") have agreed, subject

7  to Court approval, to continue the trial date, the Final Pretrial Conference, Discovery

8  Cutoff, the settlement conferences, and related case deadlines;

9    WHEREAS, the Parties have diligently conducted discovery, but despite their

10  best efforts, as set forth herein, the Parties need more time to complete the following

11  discovery:

12    • despite the exchange of over 6 million pages of discovery, document

13      discovery is substantially, but not entirely, completed;

14    • several depositions have been conducted in California, Missouri, New

15      York and Texas; additional depositions in the case are scheduled for

16      January 10, 13, 19 and 27, and February 1, 7 and 10 in California,

17      Wyoming, Texas, New York, Rhode Island, Massachusetts and

18      Colorado; and

19    • the Parties request more time to conduct additional depositions in March

20      2012;

21    WHEREAS the Parties have participated in good faith in two Settlement

22  Conferences and anticipate participating in a third in February;

23    WHEREAS the Parties have worked diligently with their respective experts to

24  conclude expert investigations and reports, but expert disclosures cannot be finalized

25  until document discovery has concluded.   The Parties believe it would be more

26  efficient and effective to exchange expert disclosures after all other party and non-

27  party witnesses have been deposed;

28

2

7

**Exhibit B**

1    WHEREAS, the Parties respectfully request that the Court continue the trial

2  date (currently May 15, 2012), the Final Pretrial Conference date (currently April 30,

3  2012), the Discovery Cutoff (February 14, 2012), and all case related deadlines

4  (except the deadline to conduct a final settlement conference, which the Parties

5  believe can be accomplished by the current date of February 28, 2012);

6    WHEREAS, the Parties agree that extending the trial date, the Final Pretrial

7  Conference, the Discovery Cutoff, and all case related deadlines will (a) allow the

8  Parties to complete their preparation for trial and otherwise efficiently pursue

9  settlement efforts and the claims in this litigation; and (b) preserve the resources of

10  the Parties and the Court and promote judicial efficiency;

11    WHEREAS, the present continuance is not sought for any improper purpose;

12  and

13    WHEREAS, there has been one previous time modification by stipulation in

14  this case;

15    WHEREAS, based on the voluminous number of documents and witnesses, the

16  Parties do not anticipate concluding discovery on the current schedule and believe

17  there is good cause to grant a short continuance of the current case deadlines so the

18  Parties may efficiently and effectively complete discovery and trial preparation in this

19  case; and

20    WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE

21  PARTIES, through their respective undersigned counsel of record, that the trial date

22  and related case deadlines be continued and set as follows:

23    1.    The trial date, currently May 15, 2012 at 9:00 a.m., shall be continued to

24  July 2, 2012 at 9:00 a.m., or any other date convenient to the Court.

25    2.    The last day to hold a final settlement conference, currently February 28,

26  2012, shall remain the same.

27

28

3

**Exhibit B**

1     3.    The Final Pre-Trial Conference date, currently April 30, 2012 at 8:30

2    a.m., shall be continued to June 14, 2012 at 8:30 a.m., or any other date convenient to

3    the Court.

4     4.    The Discovery Cutoff date, currently February 14, 2012, shall be

5    continued to March 30, 2012, or to a date convenient to the Court.

4

**Exhibit B**

1   **IT IS SO STIPULATED.**

2

3   Dated:  December 19, 2011                    CALLAHAN & BLAINE, APLC

4

5                                                Daniel J. Callahan
                                                 Brian J. McCormack
6                                                David J. Darnell

7                                                Attorneys for Plaintiff James Skorheim, as
                                                 Litigation Trustee for the FCH Litigation
8                                                Trust

9   Dated:  December 19, 2011                    MINTZ, LEVIN, COHN, FERRIS,
                                                 GLOVSKY AND POPEO, PC
10

11                                               Harvey I. Saferstein
                                                 Nada I. Shamonki
12

13                                               Attorneys for Defendants Scott N. Flanders,
                                                 Thomas W. Bassett, William F. Baker,
14                                               Raymond C.H. Bryan, Robin J. Hardie, Burl
                                                 Osborne, David M. Tolley, Michael J.
15                                               Dominguez, Mark J. Masiello, David D.
                                                 Threshie, Mark T. Gallogly, Jill A.
16                                               Greenthal, James J. Spanfeller, Chris
                                                 Philibbosian, And Gregory J. Wallace

17

18

19

20

21

22

23

24

25

26

27

28

                                          5

                                     **Exhibit B**
                                         10

# EXHIBIT C

## Shamonki, Nada

| | |
|---|---|
| **From:** | David Darnell [ddarnell@callahan-law.com] |
| **Sent:** | Thursday, December 15, 2011 8:41 AM |
| **To:** | Kakalia, Narges |
| **Cc:** | Shamonki, Nada; Earley, Frank; Daniel Callahan |
| **Subject:** | RE: Skorheim v. Flanders, et al. |

Narges,

As I previously discussed with Mr. Earley, we cannot agree to a trial continuance. Not only is a trial continuance unnecessary, but Mr. Callahan and I have calendar conflicts in July and later in the year that make such a continuance impossible.

We also do not think a continuance of the fact discovery cutoff is necessary (at least at this point) as we have reached out to your office and third party witnesses in order to schedule all fact depositions before the current February 14 deadline. We believe this can be done. If we find that one or two of these deponents are truly unavailable on the open dates we have offered before February 14, we are willing to consider an exception to the fact cutoff for such depositions. But unless and until this happens, a continuance of the fact discovery cutoff for all purposes would be both overbroad and premature.

We are, however, willing to modify the current schedule for expert disclosures/reports, expert depositions and the Rule 16 conference deadline. If you think a week between the last day to complete expert depositions and the Rule 16 conference deadline is unrealistic, let's revise it and work together on a compromise that will be acceptable to all parties and the Court.

I am available any time today and tomorrow to discuss. Please give me a call.

David J. Darnell, Esq.
CALLAHAN & BLAINE, APLC
3 Hutton Centre, Ninth Floor
Santa Ana, CA 92707
(714) 241-4444 Telephone
(714) 241-4445 Facsimile
www.callahan-law.com

*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

 Please consider the environment before printing this e-mail

**From:** Kakalia, Narges [mailto:NMKakalia@mintz.com]
**Sent:** Wednesday, December 14, 2011 6:15 PM
**To:** David Darnell
**Cc:** Shamonki, Nada; Earley, Frank
**Subject:** RE: Skorheim v. Flanders, et al.

David:

1

**Exhibit C**

# EXHIBIT D

## Shamonki, Nada

| | |
|---|---|
| **From:** | Kakalia, Narges |
| **Sent:** | Monday, December 19, 2011 1:43 PM |
| **To:** | 'David Darnell' |
| **Cc:** | Earley, Frank; Shamonki, Nada |
| **Subject:** | Freedom |
| **Attachments:** | 20111219161040_20111219_161108.pdf |

Dear David,

As a follow-up to our discussions last Thursday regarding extending the case deadlines, attached please find a copy of Frank's declaration wherein we detail the reasons why we believe an extension of the discovery cut-off, final pre-trial conference, trial date, and all corresponding deadlines would be appropriate. We hope that once you review Frank's declaration you will recognize that a short 45 day extension of the current dates makes sense under the circumstances. As always, we are willing to work with you and your colleagues to schedule the trial on a date when you will be available.

Please let us know no later than 5:30 p.m. PST today (please respond to everyone on this email) whether you are willing to stipulate to extend the case deadlines by 45 days. If you are unwilling to change your position, please be on notice that we will be filing our *Ex Parte* Application seeking the relief detailed in Frank's declaration. Please let us know if you will be opposing the Application so we can inform the Court of Plaintiff's position. Per the Judge's Procedures and Schedules, any opposition to the Application must be filed with the Court no later than noon tomorrow.

Should you have any questions, please do not hesitate to contact any of us. We hope that the parties can come to an agreement regarding scheduling so that we do not have to burden the Court with our Application.

Regards,
Narges.


Narges Kakalia | Attorney
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue | New York, NY 10017
Direct: (212) 692-6215 | Fax: (212) 983-3115
E-mail: NMKakalia@mintz.com
Web: www.mintz.com



1

12
**Exhibit D**

# EXHIBIT E

## Shamonki, Nada

| | |
|---|---|
| **From:** | David Darnell [ddarnell@callahan-law.com] |
| **Sent:** | Monday, December 19, 2011 4:19 PM |
| **To:** | Kakalia, Narges |
| **Cc:** | Earley, Frank; Shamonki, Nada; Daniel Callahan |
| **Subject:** | RE: Freedom |

Narges,

After reviewing Mr. Earley's declaration, we still do not believe a continuance of the trial date is necessary and would therefore oppose this aspect of your ex parte request. We are, however, willing to modify the expert disclosure deadlines and to allow expert witness depositions to be completed at a reasonable time thereafter. Please let me know if you would like to discuss this further.

Please also note that Plaintiff does not intend to depose Marc Mceachen or Rosalie Gray. Thus, the only witnesses that have not yet been scheduled are:

    (1)     Defendant Mark Masiello – please confirm that February 3 will work for him;

    (2)     Plaintiff James Skorheim -- please let me know your approximate time estimate as he has some open times/dates in February;

    (3)     Person most knowledgeable from Houlihan Lokey – we are looking at either January 23, 24 or 25; and

    (*)     possibly Doug Bennett and possibly the person most knowledgeable from Bond & Pecaro (I say "possibly" because we may be able to reach stipulations as to these depositions, which we should discuss) -- if necessary, Benett can be either January 23, 24 or 25 and Bond & Pecaro can be either January 30, February 2, 3, 6, 8, 9, 13 or 14.

Please let me know about (1), (2) and (3) above. Please also let me know when you are available to discuss issues relating to Bennett and Bond & Pecaro.

Regards,

David J. Darnell, Esq.
CALLAHAN & BLAINE, APLC
3 Hutton Centre, Ninth Floor
Santa Ana, CA 92707
(714) 241-4444 Telephone
(714) 241-4445 Facsimile
www.callahan-law.com

*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

 Please consider the environment before printing this e-mail

1

1

## CERTIFICATE OF SERVICE

2   I am a resident of the State of California, over the age of eighteen years, and

3   not a party to the within action. My business address is 2029 Century Park East,

4   Suite 1370, Los Angeles, California 90067.

5   I hereby certify that on December 19, 2011, I electronically filed the

6   **DECLARATION OF NARGES M. KAKALIA IN SUPPORT OF
7   DEFENDNATS' *EX PARTE* APPLICATION TO EXTEND CASE
    DEADLINES**

8   with the Clerk of the Court by using the CM/ECF system which will send a notice of

9   electronic filing to the following CM/ECF registered parties:

10

11  Daniel J. Callahan
    Brian J. McCormack
    David J. Darnell
12  Evan W. Granowitz
    CALLAHAN & BLAINE, APLC
13  3 Hutton Centre Drive, Ninth Floor
    Santa Ana, CA 92707
14  Phone: 714-241-4444

15

[Attorneys for Plaintiff JAMES
SKORHEIM, as Litigation Trustee for
the FCH Litigation Trust]

(714) 241-4444 Telephone
(714) 241-4445 Facsimile
Email: daniel@callahan-law.com
Email: bmccormack@callahan-law.com
Email: ddarnell@callahan-law.com
Email: egranowitz@callahan-law.com

16  I declare under penalty of perjury that the foregoing is true and correct.

17  Executed on December 19, 2011, at Los Angeles, California.

18

19

20  JAZMIN LEON

21

22

23

24

25

26

27

28

5866699v.1                        3