MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Robert I. Bodian (*Admitted Pro Hac Vice*)
Francis J. Earley (*Admitted Pro Hac Vice*)
Narges M. Kakalia (*Admitted Pro Hac Vice*)
666 Third Avenue
New York, NY 10017
Phone: 212-935-3000
Fax: 212-983-3115
rbodian@mintz.com; fearley@mintz.com; nkakalia@mintz.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT N. FLANDERS, an individual; THOMAS W. BASSETT, an individual; WILLIAM F. BAKER, an individual; RAYMOND C.H. BRYAN, an individual; ROBIN J. HARDIE, an individual; BURL OSBORNE, an individual; DAVID M. TOLLEY, an individual; MICHAEL J. DOMINGUEZ, an individual; MARK J. MASIELLO, an individual; DAVID D. THRESHIE, an individual; MARK T. GALLOGLY, an individual; JILL A. GREENTHAL, an individual; JAMES J. SPANFELLER, an individual; CHRIS PHILIBBOSIAN, an individual; GREGORY J. WALLACE, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  SACV-10-789 AG (MLGx)<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION CONTINUING TRIAL DATE AND RELATED CASE DEADLINES**<br><br><br><br><br><br><br><br><br><br>Honorable Andrew J. Guilford<br>Courtroom 10D |

1

This matter was submitted to the Court, the Honorable Andrew J. Guilford presiding, as an *ex parte* application. Having duly considered the matter, and good cause shown thereon,

IT IS HEREBY ORDERED that Defendants' *Ex Parte* Application for an Order Granting a Continuance of Trial Date and Related Case Deadlines is GRANTED, and now enters the order as follows:

1. The trial date, currently May 15, 2012 at 9:00 a.m., shall be continued to **July 3, 2012 at 9:00 a.m.** in Department 10D.

2. The Final Pre-Trial Conference, currently April 30, 2012 at 8:30 a.m., shall be continued to **June 18, 2012 at 8:30 a.m**. in Department 10D.

3. The last day to hold a final settlement conference, currently February 14, 2012, shall remain the same.

4. The Discovery Cutoff, currently on February 14, 2012, shall be continued to **April 3, 2012**.

5. All related case deadlines tied to the trial date, including expert disclosures, shall also be continued based on the new trial date.

**IT IS SO ORDERED.**

Dated: December 20, 2011

_____
Honorable Andrew J. Guilford
U.S. District Court Judge

2