MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone:  310.586.3200
Fax:  310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Robert I. Bodian (*Admitted Pro Hac Vice*)
Francis J. Earley (*Admitted Pro Hac Vice*)
Narges M. Kakalia (*Admitted Pro Hac Vice*)
666 Third Avenue
New York, NY 10017
Phone:  212-935-3000
Fax:  212-983-3115
rbodian@mintz.com; fearley@mintz.com; nkakalia@mintz.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT N. FLANDERS, an individual; THOMAS W. BASSETT, an individual; WILLIAM F. BAKER, an individual; RAYMOND C.H. BRYAN, an individual; ROBIN J. HARDIE, an individual; BURL OSBORNE, an individual; DAVID M. TOLLEY, an individual; MICHAEL J. DOMINGUEZ, an individual; MARK J. MASIELLO, an individual; DAVID D. THRESHIE, an individual; MARK T. GALLOGLY, an individual; JILL A. GREENTHAL, an individual; JAMES J. SPANFELLER, an individual; CHRIS PHILIBBOSIAN, an individual; GREGORY J. WALLACE, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. SACV10-789 AG (MLGx)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Honorable Andrew J. Guilford<br>Courtroom 10D |

1  In accordance with the Parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own fees and costs of suit.

**IT IS SO ORDERED.**

Dated:

_____
Honorable Andrew J. Guilford
U.S. District Court Judge

<mark>

## **CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on April 18, 2012, I electronically filed the **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF registered parties:

| | |
|---|---|
| Daniel J. Callahan<br>Brian J. McCormack<br>David J. Darnell<br>Evan W. Granowitz<br>CALLAHAN & BLAINE, APLC<br>3 Hutton Centre Drive, Ninth Floor<br>Santa Ana, CA 92707<br>Phone: 714-241-4444 | [Attorneys for Plaintiff JAMES SKORHEIM, as Litigation Trustee for the FCH Litigation Trust]<br><br>(714) 241-4444 Telephone<br>(714) 241-4445 Facsimile<br>Email: daniel@callahan-law.com<br>Email: bmccormack@callahan-law.com<br>Email: ddarnell@callahan-law.com<br>Email: egranowitz@callahan-law.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2012, at Los Angeles, California.

_/s/ Diane Endo_
DIANE ENDO

6354108v.1